| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM  **PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE U.S. PROBATION OFFICE Horiguchi Bldg. Rm 4D P.O. Box 502089 Saipan, MP 96950 Tel: (670) 236-2990 |
|---|---|---|



JESSICA LEON GUERRERO
USDC Cr. Cs. #97-00022-001
SS# XXX-XX-9714
DOB: XX-XX-1972

DATE   March 7, 2006
Clerk
District Court

MAR 1 3 2006

YOU ARE AUTHORIZED TO TRAVEL TO   Guam   For The Northern Mariana Islands
By
LEAVING   April 2, 2006   AND RETURNING   April 10, 2006   (Deputy Clerk)

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Reunion with her mother, Maryann Lizama Bulgrin. Ms. Leon Guerrero will bring her 18 month old infant.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while outside the Northern Marianas Islands;
2. You shall contact the U.S. Probation Office in the District of Guam within 24 hours of arrival on Guam. Contact number is 671-473-9201;
2. You shall call your probation officer as soon as you are aware of the need to remain away from Saipan, Northern Mariana Islands, for a longer period than authorized;
3. You shall call your probation officer if you change accommodation/location; and
4. You shall call your probation officer within 24 hours upon your return to Saipan.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

Margarita DLG. Wonenberg
UNITED STATES PROBATION OFFICER

NAME   N/A
ADDRESS   _____

☒ APPROVE   ☐ DISAPPROVE

The Honorable Alex R. Munson
Chief Judge
District of the Northern Mariana Islands

# UNITED STATES DISTRICT COURT
## DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
### PROBATION/PRETRIAL OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER

**Guam Office**
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202



**CNMI Office**
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

March 10, 2006

Honorable Alex R. Munson
Chief Judge, U.S. District Court
District Court of the Northern Mariana Islands
Horiguchi Building
Saipan, MP 96950

                      RE:    **LEON GUERRERO, JESSICA**
                                **USDC Cr. Cs. No.: 97-00022-001**

                              **TRAVEL REQUEST INFORMATION**

Dear Judge Munson:

      On November 7, 1997, Jessica Leon Guerrero was sentenced to 60 months imprisonment followed by ten years supervised release with conditions to include that she not commit another federal, state, and local crime; not possess a firearm or other dangerous weapon; not possess, use, distribute or administer any controlled substances; submit to one urinalysis test within 15 days of release, and to two additional urinalysis tests thereafter not to exceed 60 days; participate in a treatment program approved by the U.S. Probation Office for substance abuse which may include but not limited to random urinalysis. On February 23, 2006, supervised release conditions were modified to include that Ms. Leon Guerrero refrain from any unlawful use of a controlled substance and that she shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer.

      On March 2, 2006, Ms. Leon Guerrero submitted a request to travel to the island of Guam to visit with her mother, Maryann Bulgrin. According to Ms. Leon Guerrero, her mother recently relocated to Guam after several years in Hawaii where she lived with her husband, Lon Bulgrin. She expressed a desire to bring her 18 month old son to Guam to spend time with her mother and step-father. She is requesting to travel from April 2, 2006 to April 10, 2006, when she will return to Saipan, Northern Mariana Islands. Ms. Maryann Bulgrin has verified her residing on Guam.

Travel Request Information
Re:    LEON GUERRERO, Jessica
USDC Cr. Cs. No. 97-00022-001
March 10, 2006
Page 2


      Ms. Leon Guerrero satisfied her special assessment fee, and successfully completed her substance abuse treatment program. She is compliant with her conditions of supervised release and this Officer supports her travel request and seeks Court approval.

                              Respectfully Submitted,

                              FRANK MICHAEL CRUZ
                              Chief U. S. Probation Officer

By: _____
                              MARGARITA DLG WONENBERG
                              U. S. Probation Officer


Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    File